unliquidated when the amount of the damages cannot be computed except on conflicting evidence, inferences, and interpretations. *See Town of Longboat Key v. Carl E. Widell & Son,* 362 So.2d 719, 723 (Fla. Dist.Ct.App.1978). The invoices sent to TSI on an account stated basis reflected certain amounts and cannot be fairly characterized as unliquidated. TSI also asserts that the method of computing interest was incorrect. TSI contends that interest was charged on an invoice basis, which did not take into account credits and other adjustments to the bill. The accounting sheets furnished to the district court set out the cash invoices but recognize credits and adjustments. These credits or adjustments thereby reduce the amount of interest charged to TSI. The challenge to the calculation is without merit.

AFFIRMED.

Before GODBOLD, Chief Judge, RONEY and TJOFLAT, Circuit Judges.

BY THE COURT:

The motion of appellee to dismiss the appeal is GRANTED, because the appeal is not from a final order. An order of the district court remanding the case to the Secretary for further consideration is generally not a final order. *Barfield v. Weinberger,* 485 F.2d 696, 698 (5th Cir.1973); *see Jordan v. Heckler,* 721 F.2d 349 (11th Cir. 1983); *Howell v. Schweiker,* 699 F.2d 524, 526 (11th Cir.1983); *Hall v. Heckler,* No. 83–7097 (11th Cir. filed May 23, 1983); *Chastang v. Heckler,* No. 82–7161 (11th Cir. July 7, 1982).

---

**Drexel W. BIDDLE, Plaintiff-Appellee,**

v.

**Margaret M. HECKLER, Secretary of Health and Human Services, Defendant-Appellant.**

No. 82–8178
Non-Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 27, 1983.

Henry L. Whisenhunt, Jr., Asst. U.S. Atty., Augusta, Ga., Andrew E. Wakshul, Joseph S. Friedman, Baltimore, Md., for defendant-appellant.

Bruce V. Durden, Lyons, Ga., Rudolph Patterson, Macon, Ga., for plaintiff-appellee.

---

**In the Matter of POPE AND LORD, INC., Debtor.**

**Charles B. MERRILL, Jr., Trustee, Plaintiff-Appellee,**

v.

**KNIGHT STATE BANK, Defendant-Appellant,**

**Crownover Refrigeration, Inc., Defendant-Appellee.**

No. 83–8405
Non-Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 27, 1983.